IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GARY D. BEARDEN and SONNY                     1:07-CV-0959 OWW NEW (DLB) (PC)
SAVOY,

          Plaintiffs,

     vs.

M.C.S.P. CHIEF MEDICAL  OFFICER,              ORDER TRANSFERRING CASE
et al.,

          Defendants.
_____/  _____

     Plaintiffs, Gary D. Bearden and Sonny Savoy ("plaintiffs"), state prisoners proceeding  pro se,

have filed a civil rights action pursuant to 42 U.S.C.  § 1983.  Plaintiff Bearden has filed a motion to

proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     In the complaint, plaintiffs allege violations of their civil rights by defendants.  The alleged

violations took place in Amador County which is part of the Sacramento Division of the United States

District Court for the Eastern District of California.   Therefore, the complaint should have been filed

in the Sacramento Division.

     Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be

1

Dockets.Justia.com

1   transferred to the Sacramento Division.  This court will not rule on plaintiff Bearden's motion to proceed

2   in forma pauperis.

3        Good cause appearing, IT IS HEREBY ORDERED that:

4        1.    This court has not ruled on plaintiff Bearden's request to proceed in forma pauperis;

5        2.    This action is transferred to the United States District Court for the Eastern District of

6             California sitting in Sacramento; and

7        3.    All future filings shall refer to the new Sacramento case number assigned and shall be

8             filed at:

9
                        United States District Court
10                       Eastern District of California
                        501 "I" Street, Suite 4-200
11                       Sacramento, CA 95814

12       IT IS SO ORDERED.

13       Dated:   **July 6, 2007**          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2